No. 97–2082. THRASH, INDIVIDUALLY AND AS PIERCE COUNTY DEPUTY SHERIFF v. GULLIFORD. C. A. 9th Cir. Certiorari denied.

No. 97–2083. RICE ET AL. v. BOROVICKA ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–2084. LOCKERBY v. DUGAL ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–2085. S. A. LUDSIN & CO. v. SMALL BUSINESS ADMINISTRATION. C. A. 2d Cir. Certiorari denied.

No. 97–8122. TODD v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 97–8191. TORAIN v. SIEMENS ROLM COMMUNICATIONS, INC. C. A. 7th Cir. Certiorari denied.

No. 97–8229. DODD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8230. HOWERY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 97–8383. UNDERWOOD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–8416. PAGE ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–8425. ALVARADO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–8460. BURNS v. UNITED STATES; and
No. 97–9155. TURNER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 130 F. 3d 442.

No. 97–8515. FRANKLIN v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–8551. EMBREY v. HERSHBERGER, WARDEN. C. A. 8th Cir. Certiorari denied.